Dismissed and Memorandum Opinion filed May 5, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00172-CV

____________

 

WILLIE E. BENNETT, Appellant

 

V.

 

DEUTSCHE BANK NATIONAL, ET AL., Appellees

 



 

On Appeal from the County Civil Court
at Law No. 1

Harris County, Texas

Trial Court Cause No. 978715

 



 

M E M O R
A N D U M   O P I N I O N

According to information provided to this court, this appeal
is from a judgment signed January 31, 2011.  No clerk’s record has been filed. 
The clerk responsible for preparing the record in this appeal informed this
court that appellant did not make arrangements to pay for the record.  

On April 8, 2011, notification was transmitted to all parties
of the court’s intention to dismiss the appeal for want of prosecution unless,
within fifteen days, appellant paid or made arrangements to pay for the record
and provided this court with proof of payment.  See Tex. R. App. P.
37.3(b).  No response was filed.  

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Panel consists of Justices
Anderson, Brown, and Christopher.